UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN BEAUCHAMP<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>MULTI-MAN PUBLISHING, LLC<br><br>　　　　　Defendant. | 24-cv-1429 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As per my Order of March 15, 2024 (ECF 7), the parties were ordered to submit a joint letter, within 45 days of service of the summons and complaint, informing the Court about the status of their settlement talks. If the parties had not settled, they were to inform the Court whether the case should be referred for mediation or a settlement conference before a magistrate judge, or, to schedule a case management conference. (*Id.*)

　　Defendant was served March 18, 2024. (*See* ECF 8.) The parties' deadline to submit a joint letter was May 2, 2024. The parties have not done so. I am sua sponte extending the deadline nunc pro tunc until **9:00 AM on May 9, 2024**.

DATED:　May 7, 2024
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge