UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN BEAUCHAMP,<br><br>                Plaintiff,<br><br>-against-<br><br>MULTI-MAN PUBLISHING, LLC<br><br>                Defendant. | 24-CV-01429 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated May 17, 2024 (ECF 20), a joint status letter from the parties was due on Monday, June 24, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **July 1, 2024 at 5:00 PM.** The parties are directed to include in their update that they have served initial disclosures; initial requests for the production of documents; interrogatories; and requests for admission.

DATED:  June 28, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge