UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP

                Plaintiff,

-against-

MULTI-MAN PUBLISHING, LLC.,

                Defendant.

24-CV-1429 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The docket indicates that the parties participated in a court-annexed mediation which concluded with the parties' "agreement . . . on all issues." (See ECF 23, Final Report of Mediator.) To date, the parties have not filed a stipulation of discontinuance. The parties shall submit a joint update by **November 27, 2024,** on the status but not the substance of their settlement efforts.

DATED:      November 26, 2024
                  New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge