```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Multi-Man Publishing, LLC

                Defendant.

Case No: 1:24-cv-01429-JHR-RFT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Hicksville, New York           New York, New York
          November 27, 2024            November 27, 2024

**MARS KHAIMOV LAW, PLLC**        **STEIN & NIEPORENT LLP**

By: _____        By: _____

Mars Khaimov, Esq.                   David Stein, Esq.
100 Duffy Ave., Suite 510            1441 Broadway, Suite 6090
Hicksville, NY 11801                  New York, NY 10018
mars@khaimovlaw.com             dstein@steinllp.com
*Attorneys for Plaintiff*                 *Attorneys for Defendant*

The Clerk of Court is directed to close the case.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 9, 2024